## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|                       |     |                          |
|-----------------------|-----|--------------------------|
| AMERANTH, INC.        | )   |                          |
|                       | )   |                          |
| Plaintiff,            | )   |                          |
|                       | )   | C.A. No. 1:25-cv-180-JCB |
| v.                    | )   |                          |
|                       | )   |                          |
| DOORDASH, INC.,       | )   |                          |
|                       | )   |                          |
| Defendant.            | )   |                          |

### NOTICE REGARDING PLACE OF TRIAL AND HEARINGS

PLEASE TAKE NOTICE that, pursuant to JCB-CV-77, Defendant DoorDash, Inc. does

not consent to trial in the Eastern District of Texas, Tyler Division, but does consent to holding

hearings in the Eastern District of Texas.

OF COUNSEL:

Joshua Raskin
Vimal Kapadia
Wen Xue
Omar Nesheiwat
One Vanderbilt Avenue
New York NY 10017
(212) 801-9200
joshua.raskin@gtlaw.com
vimal.kapadia@gtlaw.com
xuew@gtlaw.com
omar.nesheiwat@gtlaw.com

*/s/ Benjamin Schladweiler*
Benjamin Schladweiler (#4601)
GREENBERG TRAURIG, LLP
222 Delaware Ave., Suite 1600
Wilmington, DE 19801
(302) 661-7352
schladweilerb@gtlaw.com

*Attorneys for Defendant DoorDash, Inc.*

Dated: May 16, 2025