IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERANTH, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOORDASH, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 1:25-cv-180-JCB |

**PLAINTIFF AMERANTH, INC.'S**
**NOTICE REGARDING PLACE OF TRIAL AND HEARINGS**

Pursuant to JCB-CV-77, Plaintiff Ameranth, Inc. ("Ameranth") hereby files this Notice Regarding Place of Trial and Hearings. For the above-captioned matter, Ameranth consents to both trial and hearings in the Eastern District of Texas, Tyler Division.

Dated: May 16, 2025

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamouils@swdelaw.com
weinblatt@swdelaw.com

Shekhar Vyas (*pro hac vice*)
302 Washington Street, #150-2028
San Diego, CA 92103
(302) 999-1540
vyas@swdelaw.com

*Attorneys for Plaintiff*
*Ameranth, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2025, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

　　　　　　　　　　　　　　　　　　　　*/s/ Richard C. Weinblatt*
　　　　　　　　　　　　　　　　　　　　Richard C. Weinblatt #5080